IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01734-PAB-KMT

MARIO HEREDIA,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT NO. 60,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 80] of Chief United States District Judge Philip A. Brimmer, entered on September 30, 2021, it is

ORDERED that the School District's Motion for Summary Judgment [Docket No. 58] is GRANTED in part and DENIED in part.  It is further

ORDERED that plaintiff's first claim for relief is DISMISSED with prejudice.  It is further

ORDERED that plaintiff's second claim for relief is DISMISSED without prejudice.  It is further

ORDERED that judgment shall enter for defendant and against plaintiff on all claims.  It is further

ORDERED that defendant is awarded its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

ORDERED that this case is closed.

Dated: September 30, 2021.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
        Deputy Clerk